# IN THE SUPREME COURT OF THE STATE OF NEVADA

QUESTE CAPITAL, A NEVADA CORPORATION,

Appellant,

vs.

THOMAS F. KENNEDY, AN INDIVIDUAL,

Respondent.

No. 71144

**FILED**

JUN 04 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Stephen E. Haberfeld, Settlement Judge
Brandon L. Phillips, Attorney At Law, PLLC
Holland & Hart LLP/Las Vegas
Eighth District Court Clerk

18-21139